943 A.2d 848

IN THE MATTER OF DIANE S. AVERY, AN ATTORNEY
AT LAW (ATTORNEY NO. 025481981).

March 19, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–174, concluding that **DIANE S. AVERY,** formerly of **RIDGEFIELD,** who was admitted to the bar of this State in 1981, and who has been temporarily suspended from the practice of law since August 25, 2003, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), *RPC* 8.4(d)(engaging in conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DIANE S. AVERY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.